Appeal No. 76-6. ERNEST P. ARDENTE *v.* WILLIAM A. HORAN AND KATHERINE L. HORAN. Motion of plaintiff for extension of time to March 15, 1976 in which to file his brief is granted. No further extension of time shall be granted. *Manning, West, Santaniello & Pari, Joseph T. Pari,* for plaintiff. *Moore, Virgadamo, Boyle & Lynch, Ltd., Joseph R. Palumbo, Jr.,* for defendants.

Appeal No. 76-19. ARTHUR F. LANGELO AND CELIA A. LANGELO *v.* GARDNER A. GREENHALGH. Motion of defendant to affirm the judgment below under Rule 16(g) is denied. *Beals & Di Fiore, Albert Di Fiore,* for plaintiffs. *Hanson, Curran, Bowen & Parks, David P. Whitman,* for defendant.

Appeal No. 74-306. BRISTOL SCHOOL DEPARTMENT *v.* COMMISSION FOR HUMAN RIGHTS. Motion of State to stay the filing of briefs until further order of court is granted. *Anthony R. Beretto,* for plaintiff. *Julius C. Michaelson,* Attorney General, *Allen P. Rubine,* Special Asst. Attorney General, for defendant.

## March 11, 1976

M. P. No. 76-5. WALTER E. PROFFITT *v.* MUNICIPAL HEARING BOARD OF THE CITY OF PROVIDENCE. Petition for writ of certiorari granted. *Alton W. Wiley,* for petitioner.